```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARGARET A. CONNER,              )
                                 )  Civil Action
          Plaintiff              )  No. 08-cv-05057
                                 )
     vs.                         )
                                 )
LANCASTER COUNTY, PENNSYLVANIA;  )
TROY HATFIELD, in his            )
  Individual Capacity; and       )
STEVEN WEISS,                    )
                                 )
          Defendants             )
```

O R D E R

NOW, this 30th day of September, 2009, upon consideration of the following documents:

(1) Motion to Dismiss Plaintiff's First Amended Complaint by Defendants, Lancaster County and Troy Hatfield, which motion was filed January 5, 2009;

(2) Brief in Support of Second Motion to Dismiss of Defendants, Lancaster County and Troy Hatfield, which brief was filed January 5, 2009;

(3) Memorandum in Opposition to Defendant Lancaster County's Motion to Dismiss Portions [of] Plaintiff's First Amended Complaint, which memorandum was filed January 22, 2009;

(4) Reply Brief in Support of Second Motion to Dismiss of Defendants, Lancaster County and Troy Hatfield, which reply brief was filed January 29, 2009; and

(5) Surreply Brief in Opposition to Defendants Lancaster County and Troy Hatfield's Motion to Dismiss (Doc.18) Portions of Plaintiff's First Amended Complaint (Doc.17), which surreply brief was filed May 24, 2009;

and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that the Motion to Dismiss Plaintiff's First Amended Complaint by Defendants, Lancaster County and Troy Hatfield is denied in part and dismissed in part as moot.

IT IS FURTHER ORDERED that defendants Lancaster County and Troy Hatfield shall have until on or before October 23, 2009 to answer plaintiff's First Amended Complaint filed December 24, 2008.

                                        BY THE COURT:


                                        /s/ James Knoll Gardner
                                        Judge James Knoll Gardner
                                        United States District Judge